IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:15-cr-223 |
| | : | |
| v. | : | 1:19-cv-415 |
| | : | |
| JOAN CICCHIELLO, | : | Hon. John E. Jones III |
| Defendant. | : | |

## ORDER

### March 11, 2021

In conformity with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. Defendant Joan Cicchiello's Motions pursuant to 28 U.S.C. § 2255 (Docs. 110 and 112) are **DENIED**.

2. The Clerk of Court is directed to **CLOSE** the civil case number associated with this filing, 1:19-cv-415.

3. The transcript of the evidentiary hearing in this matter will be **SENT** to the Office of the U.S. Attorney for the Middle District of Pennsylvania for review.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Judge
Middle District of Pennsylvania
