IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:15-CR-223** |
| v. | : | (Judge Conner) |
| **JOAN CICCHIELLO**, | : | |
| Defendant | : | |

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-CR-100** |
| v. | : | (Judge Conner) |
| **JOAN CICCHIELLO**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 1st day of December, 2022, upon consideration of the identical motions for compassionate release filed *pro se* by defendant Joan Cicchiello in each of the above-captioned actions, as well as the court's orders of October 31, 2022, appointing counsel to determine whether Cicchiello may be eligible for relief, and the court observing that Frederick Ulrich, Esquire, filed identical briefs in support of Cicchiello's motion in both actions on November 28, 2022, it is hereby ORDERED that:

1. The government shall file a response to Cicchiello's motions for compassionate release no later than **Wednesday, December 14, 2022**.

2. Cicchiello may file a reply in further support of her motion no later than **Wednesday, December 28, 2022**.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania