**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.   1:15-CR-00223** |
| | : | |
| **v.** | : | |
| | : | **(Judge Conner)** |
| **JOAN CICCHIELLO,** | : | |
| | : | |
| | : | **(Magistrate Judge Schwab)** |
| **Defendant** | : | |

---

Type of Case:          ( ) Civil          (**x**) Criminal

---

(**xx**) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

COURTROOM No. **6B**
6th Floor

Sylvia H. Rambo U. S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

**Date: January 18, 2024**
Time: 1:00 p.m.

TYPE OF PROCEEDING:  **Initial Appearance/Arraignment**
**Supervised Release Revocation**

Peter J. Welsh, Clerk of Court
*s/ Amanda L. Endy*
Amanda L. Endy, Deputy Clerk

DATED: January 12, 2024

To:    U.S. Attorney's Office – Christian Haugsby, AUSA
Carson Morris, Esquire
Defendant-via Counsel
U.S. Marshal
Pretrial / Probation