# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 1:15-CR-223, 1:21-cr-100 |
| | : | |
| v. | : | |
| | : | |
| JOAN CICCHIELLO, | : | |
| Defendant | : | |

## ORDER

The defendant having appeared before the undersigned and having waived a preliminary hearing, (Rule 32.1 Federal Rules of Criminal Procedure),

**IT IS ORDERED** that the defendant shall be held for a final revocation hearing scheduled before Judge Christopher C. Conner, **February 7, 2024 at 11:00 a.m.**, in courtroom 7A, Sylvia H. Rambo, United States Courthouse, 1501 North 6th Street, Harrisburg, PA.

The defendant's custody is **ORDERED** pursuant to 18 U.S.C. § 3143, Rule 32.1 and Rule 46.

s/Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge

Dated: February 7, 2024