AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
FEB 12 2024
PER _____
DEPUTY CLERK

United States of America
v.
Joan Cicchiello

)
)
)
)
)
)
)

Case No. 1:15-CR-223/1:21-CR-100

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Joan Cicchiello                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☒ Order of the Court

This offense is briefly described as follows:

Failure to Appear

Date:  02/06/2024

/s/ Christopher C. Connner
*Issuing officer's signature*

City and state:   Harrisburg, PA

Christopher C. Conner, United States District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  02/06/2024 , and the person was arrested on *(date)*  02/06/2024
at *(city and state)*  Harrisburg, PA .

Date:  02/06/2024

S. Alexander, DUSM
*Arresting officer's signature*

*Printed name and title*